United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

        Plaintiff,

    v.

COBB'S COMEDY CLUB, et al.,

        Defendants.

Case No. 15-cv-03670-PJH

**ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REFERRING CASE TO SETTLEMENT CONFERENCE**

Re: Dkt. No. 15

Defendant's motion to enforce an alleged settlement agreement came on for hearing before this court on July 27, 2016. Plaintiff Francisca Moralez appeared through her counsel, Russell S. Humphrey. Defendant Live Nation Entertainment, Inc. appeared through its counsel, Hayley Singer Grunvald. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion, for the reasons stated on the record at the hearing.

The parties are further ORDERED to attend a settlement conference before Magistrate Judge Donna Ryu to be scheduled as soon as her calendar permits.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge